something more than mere paper under the tariff act, and not to come within the meaning of the term chart. *Sheldon* v. *United States* (4 Cust. Ct. 42, T. D. 33265) and *Winsor* v. *United States* (6 Cust. Ct. 82, C. D. 432) cited. On the record presented the protest was overruled.

BEFORE THE THIRD DIVISION, FEBRUARY 7, 1941

No. 45353.—Protest 717236–G of American Import Co. (Portland, Oreg.).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the merchandise was held dutiable as earthenware at 25 percent under paragraph 210 as claimed.

No. 45354.—Protests 821394–G, etc., of American Import Co. et al. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Butler* v. *United States* (4 Cust. Ct. 120, C. D. 303) the merchandise was held dutiable as Rockingham earthenware at 25 percent under paragraph 210.

No. 45355.—Protests 3838–K, etc., of Beesemyer Ridnour Co. et al. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Stokby* v. *United States* (4 Cust. Ct. 343, C. D. 358) it was held that duty should have been assessed under paragraph 703, Tariff Act of 1930, on the net weight of the contents of the tins less 10 percent allowance for the gelatinous material.

No. 45356.—Protests 14309–K, etc., of Ansel W. Robison (San Francisco).

Opinion by KEEFE, J. On the authority of *Robison* v. *United States* (4 Cust. Ct. 310, C. D. 349) the dog biscuit meal in question was held dutiable at 15 percent under paragraph 733 and T. D. 49753 as claimed.

No. 45357.—Protests 39745–K, etc., of Antolini & Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kraft* v. *United States* (T. D. 47955) the protests were sustained as to the allowance for paper and foil in the dutiable weight of the cheese in question. *United States* v. *Suzarte* (8 C. C. P. A. 99, T. D. 37219) cited.

No. 45358.—Protests 46637–K, etc., of Borden Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kraft* v. *United States* (T. D. 47955) the protests were sustained as to the allowance for paper and foil in the dutiable weight of the cheese in question. *United States* v. *Suzarte* (8 C. C. P. A. 99, T. D. 37219) cited.